JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA J. G.,[1] | Case No. 8:20-cv-2130-MAR |
| Plaintiff, | JUDGMENT |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

It is the judgment of this Court that the final decision of the Commissioner of the Social Security Administration is **REVERSED**, and the action is **REMANDED** for further proceedings consistent with the Memorandum and Order.

DATED: November 24, 2021

_____
HON. MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.